USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
GREGORY PAPPAS, :
:
                          Plaintiff, :   1:19-cv-11137-GHW
:
        -v - :   ORDER
:
XP CONTROLE PARTICIPACOES S.A., et al., :
:
                       Defendants. :
:
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      In the order scheduling the initial pretrial conference in this matter, the parties were directed to submit a joint letter via ECF and to email a joint proposed Case Management Plan and Scheduling Order to Chambers by no later than April 18, 2022. Dkt. No. 30. The Court has received the parties' joint letter and proposed Case Management Plan via ECF, however the parties have not submitted the Case Management Plan by email as directed. The parties are directed to email their joint proposed Case Management Plan to Chambers forthwith, and in no event later than April 20, 2022.

      SO ORDERED.

Dated: April 19, 2022
       New York, New York

                                                                   _____
                                                                   GREGORY H. WOODS
                                                               United States District Judge