```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
GREGORY PAPPAS,                                               :
                                                              :
                                    Plaintiff,                :      1:19-cv-11137-GHW
                                                              :
                  -v -                                        :      ORDER
                                                              :
XP CONTROLE PARTICIPACOES S.A., et al.,                       :
                                                              :
                                    Defendants.               :
                                                              :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/2022

GREGORY H. WOODS, United States District Judge:

For the reasons stated on the record at the conference held on April 25, 2022, Defendants' request for leave to file a motion to dismiss is granted. The deadline for Defendant to file and serve its motion to dismiss is May 27, 2022. Plaintiff's opposition is due within twenty-one days after service of Defendants' motion; Defendants' reply, if any, is due within seven days after service of Plaintiff's opposition. In addition, for the reasons stated on the record, discovery is stayed pending resolution of Defendants' anticipated motion to dismiss.

SO ORDERED.

Dated: April 25, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge