# KASOWITZ BENSON TORRES LLP

|  |  |  |
|---|---|---|
| Brian S. Choi<br>Direct Dial: (212) 506-3308<br>BChoi@Kasowitz.com | 1633 BROADWAY<br>NEW YORK, NEW YORK 10019<br>(212) 506-1700<br>FAX: (212) 506-1800 | Atlanta<br>Houston<br>Los Angeles<br>Miami<br>Newark<br>San Francisco<br>Silicon Valley<br>Washington DC |

May 19, 2022

*Via ECF*

Hon. Gregory H. Woods
United States District Court
500 Pearl Street, Room 2260
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 5/20/2022

**MEMORANDUM ENDORSED**

Re:     *Pappas v. XP Controle Participacoes*, No. 19cv11137

Dear Judge Woods:

We represent XP Controle Participacoes S.A. ("XP Brazil") and XP Investments US, LLC ("XP US") (together, "XP") in connection with the above-referenced matter. Pursuant to this Court's individual rules of practice, XP respectfully requests a two-week adjournment of the May 27 deadline by which it must file a motion to dismiss. This is XP's first request for an extension.

The parties are in the process of negotiating a stipulation that would obviate the need for XP to file a motion to dismiss in this Court. To facilitate those efforts, we believe a two-week extension of the motion to dismiss deadline from May 27 to June 10 is warranted. Plaintiff's counsel has consented to this request.

We thank the Court for its consideration.

Respectfully,

/s/ Brian S. Choi

Brian S. Choi

cc:     ECF Counsel of Record

Application granted. The deadline for Defendant to file and serve its motion to dismiss is extended to June 10, 2022. Plaintiff's opposition is due within twenty-one days after service of Defendants' motion; Defendants' reply, if any, is due within seven days after service of Plaintiff's opposition.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 39.

SO ORDERED.

Dated: May 20, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge