```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
GREGORY PAPPAS,                                                :
                                                               :
                                      Plaintiff,               :       1:19-cv-11137-GHW
                                                               :
                  -against-                                    :
                                                               :
XP CONTROLE PARTICIPAÇÕES S.A.,                                :
                                                               :
                                      Defendant.               :
                                                               :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/19/2023

GREGORY H. WOODS, United States District Judge:

On January 18, 2023, Defendant's motion to dismiss in this case was denied. Dkt. No. 59. An initial pretrial conference in this case has been scheduled for February 21, 2023 at 3:00 p.m. Dkt. No. 60. In advance of that conference, the parties have also been directed to provide a joint letter and proposed case management plan to the Court no later than February 14, 2023. *Id.*

The parties are hereby additionally ORDERED to meet and confer regarding whether they wish to consider requesting the transfer of this case to the Southern District of Florida for consolidation with the severed case that was originally part of this action. *See Pappas v. XP Investments US, LLC, et al.*, No. 1:22-cv-21935 (S.D. Fla.). The parties are ordered, if they have not notified the Court of the status of those discussions before February 14, 2023, to include a section concerning those discussions in the joint letter due on that date. The Court expects to discuss this issue at the initial pretrial conference if the parties have not requested transfer of the case by that date.

SO ORDERED.

Dated: January 19, 2023

_____
GREGORY H. WOODS
United States District Judge